IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KIERA MATHIS, §
§
   *Plaintiff,* §   SA-21-CV-00898-XR
§
vs. §
§
TEXAS DEPARTMENT OF FAMILY §
AND PROTECTIVE SERVICES, §
ARLENE HERRERA, INDIVIDUAL §
CAPACITY, SOCIAL WORKER OF §
TDFPS, §
§
   *Defendants.* §

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that the Court dismiss Plaintiff's claims pursuant to 28 U.S.C. § 1915(e). Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 5th day of October, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE